IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BERNARD DEUNDRE HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-075 |
| | ) | |
| STATE DEPARTMENT OF | ) | |
| CORRECTIONAL; WARDEN MR. | ) | |
| JACKSON; MR. RICKY WILCOX; | ) | |
| INMATE LONNIE TERREL BROWN; LT. | ) | |
| MS. HARRIS; UNITE MANGER MS. | ) | |
| HUNT; UNITE MANGER MS. FORSTER; | ) | |
| SGT MS. APRIL BROWN; SGT. | ) | |
| EARL WRIGHT; SGT MS. JONES; LT. MS. | ) | |
| CHAMBERS; WARDEN MS. KEITH; and | ) | |
| SGT MR. GAINS, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

Objections to this Report and Recommendation must be filed by no later than February 3, 2025, must specify each proposed finding of fact and conclusion of law to which objection is made, must state the bases for each such objection, and must be served upon all parties. Failure to file objections by this deadline may result in this Report and Recommendation becoming the opinion and order of the Court. Devine v. Prison Health Servs., Inc., 212 F. App'x 890, 892 (11th Cir. 2006) (*per curiam*). Failure to object to any proposed finding of fact or conclusion of law waives the right to challenge on appeal the district court's adoption of each such factual finding or legal conclusion. 11th Cir. R. 3-1. The Clerk will submit this

Report and Recommendation together with any objections to United States District Judge Dudley H. Bowen, Jr., on February 4, 2025.

Requests for extension of time to file objections shall be filed with the Clerk of Court for consideration by the undersigned. A party may not appeal this Report and Recommendation directly to the United States Court of Appeals for the Eleventh Circuit. Appeals may be made only from a final judgment.

SO ORDERED this 16th day of January, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA