IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BERNARD DEUNDRE HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-075 |
| | ) | |
| STATE DEPARTMENT OF | ) | |
| CORRECTIONAL; WARDEN MR. | ) | |
| JACKSON; MR. RICKY WILCOX; | ) | |
| INMATE LONNIE TERREL BROWN; LT. | ) | |
| MS. HARRIS; UNITE MANGER MS. | ) | |
| HUNT; UNITE MANGER MS. FORSTER; | ) | |
| SGT MS. APRIL BROWN; SGT. | ) | |
| EARL WRIGHT; SGT MS. JONES; LT. MS. | ) | |
| CHAMBERS; WARDEN MS. KEITH; and | ) | |
| SGT MR. GAINS, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this _18th_ day of February, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE